UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  08-60539-CIV-COHN/SELTZER

ASSOCIATION FOR DISABLED AMERICANS,
INC. and DEBORAH H. DAVIS,

       Plaintiffs,

vs.

OCEAN ALLEY SOUTHWESTERN, INC.,

       Defendant.
_____/

**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL**

THIS CAUSE having come before the Court upon the foregoing Stipulation [DE 19], and the Court having been fully advised in the premises, it is thereupon

ORDERED AND ADJUDGED that the Stipulation for Substitution of Counsel [DE 19] is GRANTED.  WILLIAM G. SALIM, JR., ESQ. and MOSKOWITZ, MANDELL, SALIM & SIMOWITZ, P.A., shall be substituted in the place and stead of RONALD JAY COHEN, ESQ. and COHEN & RIND, P.A., as attorney of record for Defendant, OCEAN ALLEY SOUTHWESTERN, INC., and RONALD JAY COHEN, ESQ. and COHEN & RIND, P.A., shall be relieved of any further responsibility in connection with this cause.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this 23rd day of July, 2008.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:
William G. Salim, Jr., Esq.
Ronald Jay Cohen, Esq.
Jose R. Puig, Esq.